UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ERIC PITTMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KELLI MCINTYRE, CHRISTINE EDWARDSON, HAROLD SNIVELY and STEVE SINCLAIR,<br><br>　　　　　　Defendants. | NO.  CV-05-5121-EFS<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION |

BEFORE THE COURT is Plaintiff's letter requesting immediate injunctive relief, accompanied by 22 pages of documents (Ct. Rec. 22). Because Plaintiff is proceeding *pro se* the court will liberally construe his letter as a motion for preliminary injunction. Plaintiff is advised, if he wishes to make a request of the court, he must do so in the form of a motion which is properly noted for hearing as required by LR 7.1(h), Local Rules for the Eastern District of Washington. **PLAINTIFF IS CAUTIONED THAT ANY FURTHER MOTIONS SUBMITTED TO THE COURT WITHOUT NOTING THEM FOR HEARING IN COMPLIANCE WITH THE LOCAL RULES WILL NOT BE ADDRESSED BY THE COURT.**

Plaintiff's request for injunctive relief is premature. The court has no jurisdiction to address Plaintiff's motion until he has filed a legally sufficient complaint. *See* generally Fed. R. Civ. P. 3

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION -- 1

and the notes following the rule.  Furthermore, Defendants are not parties to a suit before being served with process, *see Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995).  Therefore, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 22) is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and forward a copy to Plaintiff.

**DATED** this ___24th___ day of March 2006.


                         S/ Edward F. Shea
                            EDWARD F. SHEA
                            UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION -- 2