UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ERIC PITTMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>KELLI MCINTYRE, CHRISTINE EDWARDSON, HAROLD SNIVELY and STEVE SINCLAIR,<br><br>          Defendants. | NO.  CV-05-5121-EFS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff Michael Eric Pittman's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 29) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice,

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

forward a copy to Plaintiff, and close the file.

**DATED** this ___11th___ day of May 2006.

                S/ Edward F. Shea
                    EDWARD F. SHEA
             UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2